UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 14-3456 DSF (AGRx) | Date | 10/23/15 |
| Title | Jessica Romero, et al. v. L.A. County Metropolitan Transit Authority, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION AND FAILURE TO COMPLY WITH COURT ORDERS AND ORDER VACATING PRETRIAL CONFERENCE AND TRIAL DATE

     On August 11, 2014, this Court set a pretrial conference date of November 2, 2015. Pursuant to the Court's Order re Jury Trial, the proposed pretrial conference order and proposed jury instructions should have been lodged no later than seven days before the pretrial conference. Memoranda of contentions of fact and law, witness lists, and a joint exhibit list were to be filed no later than 21 days before the pretrial conference. As of this date, Plaintiff has filed no such documents.

     The pretrial conference and trial dates are vacated.

     Plaintiff is ordered to show cause on November 9, 2015 at 11:00 a.m. why this action should not be dismissed for lack of prosecution and failure to comply with this Court's orders. Plaintiff may show cause by submitting a proposed pretrial conference order, memorandum of contentions of fact and law, witness and exhibit lists, no later than October 29, 2015. If Plaintiff submits documents that comply with this Court's orders and the Local Rules, a pretrial conference will be held on November 9, 2015 at 11:00 a.m. If Plaintiff fails to submit such documents and fails to show cause why this action should not be dismissed, the action will be dismissed with prejudice.

     Pursuant to section III. B. 8 of the Court's Jury Trial Order, Plaintiff has waived a jury trial.

     Mandatory paper copies of all documents are to be submitted to chambers.

     The Court notes that the Plaintiff's Exhibit List as described in the Declaration of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

Mark Suttle is unacceptable and cannot have been proposed in good faith.

    IT IS SO ORDERED.